**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bartholemew P. Joshua, a/k/a Bart Joshua, | ) | Case No.  1:09-cr-022 |
| | ) | |
| Defendant. | ) | |

_____

On April 28, 2009, the parties filed a stipulation regarding discovery.  The court **ADOPTS** the parties the parties' stipulation (Docket No.  19).

**IT IS SO ORDERED.**

Dated this 29th day of April, 2009.

                                                  */s/  Charles S.  Miller, Jr.*
                                                Charles S.  Miller, Jr.
                                                United States Magistrate Judge